# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BONNIE BRICKAN, an individual, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE FEDERAL SAVINGS BANK, an entity of unknown origin; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. CV 22-01053-CJC-KESx<br><br>**ORDER APPROVING JOINT STIPULATION OF DISMISSAL [99]** |

Before the Court is the Parties' Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). [Doc. # 99.] For good cause shown, the Parties' Stipulation is **APPROVED**.

**IT IS HEREBY ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE**, with each side bearing its own costs and attorneys' fees.

DATED: February 19, 2025

_____
DOLLY M. GEE
Chief U.S. District Judge